# United States District Court

**EASTERN** District of **CALIFORNIA**

**FILED**
Nov 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Seizure of<br>(*Briefly describe the property to be seized*)<br><br>All funds maintained in Bank of America N.A. account number 3250 9489 7357, held in the name of Aaron David Ashcraft Jr. | **APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**<br><br>CASE NUMBER:   2:24-sw-1094 AC |

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the Eastern District of **CALIFORNIA** is subject to forfeiture to the United States of America (*describe the property*):

All funds maintained in Bank of America N.A. account number 3250 9489 7357, held in the name of Aaron David Ashcraft Jr.

The property is subject to seizure pursuant to 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), concerning violations of 18 U.S.C. § 1343.

The application is based on these facts:

**See attached affidavit.**

☒ Continued on the attached sheet.

⎯⎯⎯⎯⎯/s/ Doug McBride⎯⎯⎯⎯⎯
*Applicant's signature*

⎯⎯Doug McBride, Special Agent, FBI⎯⎯
*Printed name and title*

Sworn to before me and signed telephonically.

| | |
|---|---|
| November 14, 2024 | *(signature)* |
| Date | *Judge's signature* |
| Sacramento, California | Allison Claire, U.S. Magistrate Judge |
| City and State | *Printed name and title* |

# AFFIDAVIT IN SUPPORT OF A SEIZURE WARRANT

I, Doug McBride, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application to seize the contents of Bank of America account number 3250 9489 7357 ("**BOA #7357**"), held in the name of AARON DAVID ASHCRAFT JR, and connected to a fraudulent Paycheck Protection Program ("PPP") loan and fraudulent Unemployment Insurance ("UI") benefits. On April 25, 2022, ASHCRAFT was charged by *Information*, Case No. 2:22-cr-0087 KJM, for defrauding the PPP and for embezzling funds from his former employer. On May 9, 2022, ASHCRAFT pleaded guilty to these crimes, and to committing Unemployment Insurance fraud, by *Plea Agreement* in the same case. In December 2022, Chief District Judge Kimberly J. Mueller sentenced ASHCRAFT to 41 months in federal custody and ordered ASHCRAFT to pay $1,803,461.24 in restitution to his victims. Based on the below facts, I believe the funds in the bank account are subject to seizure as they represent proceeds of wire fraud in violation of 18 U.S.C. § 1343.

2. All the facts stated in the *Information*, *Plea Agreement* and *Sentencing* remain true and support this seizure warrant. Those documents are incorporated by this reference. *See* Case No. 2:22-cr-0087-KJM. ECF Nos. 1, 10.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to seize the bank account pursuant to 18 U.S.C. § 981(b). The bank account is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) as it represents proceeds of wire fraud.

## PROBABLE CAUSE

4. As set forth in the *Information* and *Plea Agreement*, ASHCRAFT obtained a fraudulent PPP loan from Lender 1 in the amount of $303,260, and he obtained fraudulent UI benefits from the State of Maine in the amount of $58,000, approximately. The proceeds of these crimes comprise the balance of **BOA #7357**, which is approximately $29,913.51 (as discussed below, the balance of fraud proceeds was

1

$28,152.71 when frozen in 2020—approximately $1,760.80 is four years of compounded interest). The following paragraphs describe the financial tracing of crime proceeds within **BOA #7357**.

5. On August 18, 2020, Lender 1 disbursed $265,487.97 of the $303,260 PPP loan into Bank of America account number ending 5236 ("BOA #5236"), held in the name of AARON ASHCRAFT DBA AACSYS Computers, and controlled by ASHCRAFT. On the same day, ASHCRAFT transferred $118,000 from BOA #5236 to **BOA #7357**. On August 31, 2020, ASHCRAFT transferred $10,000 from **BOA #7357** to TD Ameritrade account number ending 9310 ("TD #9310"), held in the name of and controlled by ASHCRAFT. On September 11, 2020, ASHCRAFT transferred $4,000 from TD #9310 back into **BOA #7357**, which was the last deposit prior to the bank account being frozen. Thus, the proceeds—and compounded interest—remain in the account and subject to seizure, forfeiture, and, ultimately, returning the funds to ASHCRAFT's victims.

6. On September 1, 2020, ASHCRAFT transferred $48,085.08 from BOA #5236 to **BOA #7357**. Included in these funds were $172.00 of fraudulent UI benefits from the State of Maine deposited into BOA #5236 on August 18, 2020, funds that originated from ASHCRAFT's wire fraud scheme.

## CONCLUSION

7. For the reasons set forth above, there is probable cause to believe that Bank of America account number 3250 9489 7357 represents proceeds of ASHCRAFT's wire fraud scheme. Accordingly, I request that the Court issue a seizure warrant authorizing the seizure of the funds.

/s/ Doug McBride
Doug McBride
Special Agent
Federal Bureau of Investigation

Reviewed and approved as to form

/s/ Kevin C. Khasigian
Kevin C. Khasigian
Assistant U.S. Attorney

Sworn before me and signed telephonically
on this  14th  day of November 2024.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

# United States District Court

**EASTERN** District of **CALIFORNIA**

| | |
|---|---|
| In the Matter of the Seizure of<br>(*Briefly describe the property to be seized*)<br><br>All funds maintained in Bank of America N.A. account number 3250 9489 7357, held in the name of Aaron David Ashcraft Jr. | **WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**<br><br>CASE NUMBER:<br>2:24-sw-1094 AC |

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of <u>CALIFORNIA</u> be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**All funds maintained in Bank of America N.A. account number 3250 9489 7357, held in the name of Aaron David Ashcraft Jr.**

The property is subject to seizure pursuant to 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property within 14 days in the daytime 6:00 a.m. to 10:00 p.m. You must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to <u>Any U.S. Magistrate Judge in the Eastern District of California</u>.

| | |
|---|---|
| November 14, 2024 @ 3:09 p.m. | *[signature: Allison Claire]* |
| Date and Time Issued | *Judge's signature* |
| Sacramento, California | Allison Claire, U.S. Magistrate Judge |
| City and State | *Printed name and title* |

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| RETURN | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Subscribed, sworn to telephonically, and returned before me this date.

_____   _____
U.S. Judge or Magistrate                                                   Date